

# IN THE 31ST JUDICIAL CIRCUIT, GREENE COUNTY, MISSOURI

| Judge or Division:<br>MARK A POWELL | Case Number: 2131-CC00618 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ROBERT KASPER | Plaintiff's/Petitioner's Attorney/Address<br>JOHN WILLIAM SHIKLES<br>515 E HIGH ST<br>STE 401<br>JEFFERSON CITY, MO 65102 | RECEIVED<br>JUN 28 2021<br>COLE COUNTY<br>SHERIFF'S OFFICE |
| vs. | | |
| Defendant/Respondent:<br>UNITED PARCEL SERVICE INC | Court Address:<br>JUDICIAL COURTS FACILITY<br>1010 N BOONVILLE AVE<br>SPRINGFIELD, MO 65802 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Alias Summons in Civil Case

**The State of Missouri to:** UNITED PARCEL SERVICE INC
**Alias:**
RA: CSC- LAWYERS INCORPORATING
SERVICE COMPANY
221 BOLIVAR ST
JEFFERSON CITY, MO 65101

*COURT SEAL OF*
*GREENE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

06/24/2021                                /s/ Thomas R. Barr by ar
Date                                        Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                                _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____            _____
                          Date                    Notary Public

**Sheriff's Fees, if applicable**
Summons                          $_____
Non Est                          $_____
Sheriff's Deputy Salary
Supplemental Surcharge           $     10.00
Mileage                          $_____ (_____ miles @ $._____ per mile)
Total                            $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-1457    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03181-RK   Document 1-1   Filed 07/19/21   Page 1 of 4

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

| | |
|---|---|
| ROBERT KASPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| UNITED PARCEL SERVICE, INC. | ) JURY TRIAL DEMANDED |
| Defendant. | ) ) |

## PETITION

Plaintiff Robert Kasper comes before the court and hereby asserts the following claim for personal injuries against United Parcel Service, Inc.:

1. Plaintiff Robert Kasper ("Bob") is a resident of Iberia, Miller County, Missouri.

2. Defendant United Parcel Service, Inc. ("UPS") is a foreign corporation with its principal place of business in Atlanta, Georgia.

3. On August 30, 2020, Bob was operating a vehicle in a westerly direction on Interstate 44 in Springfield, Greene County, Missouri.

4. On or about the same date and time, Dwayne Downing was operating a vehicle in the course and scope of his employment with UPS, Inc. in a westerly direction on Interstate 44, behind Bob.

5. The vehicle operated by Dwayne Downing was owned by UPS.

6. On or about said date and time, the front of the UPS vehicle collided with the rear of Bob's vehicle on westbound Interstate 44.

7. Said collision caused injuries to Plaintiff.

8. Said collision and the injuries to Bob were due in whole or in part to the negligence of UPS, by and through its employee, Dwayne Downing.

9. UPS was negligent in the following respects, to wit:

    a. Their driver failed to keep a careful lookout;

    b. Their driver was traveling at an excessive speed; and

    c. Their driver failed to take evasive action by stopping, slowing, or swerving when it became apparent that a collision was going to occur.

10. As a direct and proximate result of the negligence of UPS as aforesaid, Bob suffered permanent and progressive injuries to his right knee and left shoulder that will require surgery in the future.

11. As a further direct and proximate result of the injuries, Bob has incurred pecuniary losses including future medical expenses and lost wages.

**WHEREFORE**, Plaintiff prays for judgment against Defendant United Parcel Service, Inc. in an amount in excess of $25,000 that is fair and reasonable, determined by a jury, and for their costs herein expended.

Respectfully submitted,

**CARSON & COIL, P.C.**

*/s/ John W. Shikles*

Mark A. Ludwig    #31733
John W. Shikles    #67280
515 East High, P.O. Box 28
Jefferson City, MO 65102
573-636-2177
573-636-7119 (fax)

**ATTORNEYS FOR PLAINTIFF**



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 23413908**
**Date Processed: 06/29/2021**

| | |
|---|---|
| **Primary Contact:** | SOP UPS - United Parcel<br>SOP - PowerBrief - Wilmington<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| **Electronic copy provided to:** | CSC Test<br>Arlette Willis<br>Bishop Martin<br>Salem Desir<br>Sonja Jackson |
| **Entity:** | United Parcel Service, Inc.<br>Entity ID Number 2551129 |
| **Entity Served:** | United Parcel Service Inc |
| **Title of Action:** | Robert Kasper vs. United Parcel Service Inc |
| **Matter Name/ID:** | Robert Kasper vs. United Parcel Service Inc (11356469) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Greene County Circuit Court, MO |
| **Case/Reference No:** | 2131-CC00618 |
| **Jurisdiction Served:** | Missouri |
| **Date Served on CSC:** | 06/29/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | John W. Shikles<br>573-636-2177 |
| **Client Requested Information:** | Matter Type: Other/NA |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com